UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SMITH** ) | |
| ) | Case Number: 1:10-cv-1060 |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| **GC SERVICES, LP** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MICHAEL SMITH, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

    BY: /s/ Brent F. Vullings
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800